# REDACTED

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-37 |
| IRA BLAND, | : |
| Defendant. | : |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about February 9, 2008, in the State and District of Delaware, IRA BLAND, defendant herein, having been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit, a conviction on or about October 27, 2004, in the Superior Court in and for New Castle County for the State of Delaware, did knowingly possess a firearm in and affecting interstate commerce, to wit, a 9mm Hi-Point, Model C-9, Serial #P232975, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the firearms offense alleged in Count I of this Indictment, IRA BLAND, defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c) any firearm involved or used in the commission of said offenses.

A TRUE BILL:


COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn Martyniak
Special Assistant United States Attorney

Dated: March 04, 2008