## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
|        Plaintiff, | :   Criminal Action No. 08-37-JJF |
|    v. | : |
| IRA BLAND, | : |
|        Defendant. | : |

### GOVERNMENT'S MOTION FOR STATUS CONFERENCE

The United States, by and through Colm F. Connolly, United State's Attorney for the District of Delaware, and Shawn E. Martyniak, Special Assistant United State's Attorney for the District of Delaware, hereby requests a status conference in the matter *United States v. Ira Bland*.

1. On March 4, 2008, the Grand Jury for the District of Delaware indicted Mr. Bland for knowingly possessing a firearm that has been transported in interstate commerce to Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and (924(a)(2).

2. On March 13, 2008, the Court ordered the defendant to file pretrial motions by April 18, 2008. As of April 22, 2008, the defendant has not filed any pretrial motions.

3. In support of this motion, the United States asserts that the initial pretrial motions deadline of April 22, 2008, has passed, and that defendant Ira Bland has not filed any pretrial motions. The United States respectfully requests that the time between the filing of this motion and the date of the Status Conference be tolled under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F).

4. The Government respectfully requests a status conference to determine possible trial dates.

                    Respectfully submitted,

                    COLM F. CONNOLLY
                    United States Attorney

                    By:    /s/ Shawn Martyniak
                    Shawn E. Martyniak (De. I.D. No. 4433)
                    Special Assistant United States Attorney
                    1007 Orange Street, Suite 700
                    P.O. Box 2046
                    Wilmington, Delaware 19899-2046

Dated: April 22, 2008.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 08-37-JJF ) |
| IRA BLAND, | ) ) |
| Defendant. | ) ) ) |

ORDER

For the reasons stated in the Government's *Motion* dated April 22, 2008, IT IS

HEREBY ORDERED that a status conference shall be held on _____, 2008 at _____.

Dated: _____

_____
Joseph J. Farnan
UNITED STATES DISTRICT JUDGE