IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-037 JJF |
| IRA BLAND, | : |
| Defendant. | : |

**O R D E R**

IT IS HEREBY ORDERED that a status conference will be held on **Friday, May 9, 2008 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The United States Marshal is directed to produce Ira Bland for this conference.

May 7, 2008
DATE

UNITED STATES DISTRICT JUDGE