**FEDERAL PUBLIC DEFENDER**
DISTRICT OF DELAWARE

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

ONE CUSTOMS HOUSE
704 KING STREET, SUITE 110
WILMINGTON, DELAWARE 19801
(302) 573-6010 (TELEPHONE)
(302) 573-6041 (FAX)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS

TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

May 14, 2008

Honorable Joseph J. Farnan, Jr.
U.S. District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

RECEIVED MAY 14 2008

RE: *United States v. Ira Bland*
**Criminal Action No.: 08-37-JJF**
**Our File No.:   2008-00128**

Dear Judge Farnan:

This letter is in response to our status conference of May 9, 2008 and in accordance with same.

I represent Ira Bland on the above captioned case. I have spoken to Mr. Bland at length and he has now officially reiterated to me his request for new counsel.
Thank you in advance.

Sincerely,

Luis A. Ortiz
Assistant Federal Public Defender

LAO:sl

cc: Ira Bland