IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-037 JJF |
| | : | |
| IRA BLAND, | : | |
| | : | |
| Defendant. | : | |

### <u>O R D E R</u>

WHEREAS, on May 9, 2008, the Court held a status conference regarding counsel's possible withdrawal on behalf of defendant;

WHEREAS, the Court granted Defendant until May 16, 2008, to notify of his intent to proceed with current counsel or have new counsel appointed;

WHEREAS, by letter dated May 14, 2008, counsel has advised Defendant's intent to request new counsel;

WHEREAS, Defendant was present for the hearing and agrees to waive speedy trial time in order to allow for the Court to appoint him new counsel;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The appearance of Louis A. Ortiz on behalf of Defendant is hereby WITHDRAWN.

3) The Clerk of the Court shall appoint counsel to represent Defendant in this case until further order of the Court.

      4) The time between May 9, 2008 and the appointment of counsel shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)


| | |
|---|---|
| May 15, 2008 | [signature] |
| DATE | UNITED STATES DISTRICT JUDGE |