IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-037 JJF |
| IRA BLAND, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, Christopher Koyste, Esquire has been appointed to represent the Defendant in the above-captioned action;

IT IS HEREBY ORDERED that:

1) A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **July 8, 2008 at 1:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2) The time between the date of this Order and July 8, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

May 29, 2008
DATE

UNITED STATES DISTRICT JUDGE