IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No.08-37-JJF |
| IRA BLAND, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Motion for Authorization to Incur Expenses for Investigative Services, **IT IS HEREBY ORDERED** this __9__ day of __July__, 2008, that Defendant's Motion is **GRANTED** and that the Firm of Monahan, Monahan and Golt is authorized to provide investigative services at the rate of $60.00 an hour, up to a total of $1,200.00 in this case.

_____
Judge Joseph J. Farnan, Jr.