IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-037 JJF |
| IRA BLAND, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on July 8, 2008, the Court held a Scheduling Conference in the above-captioned action;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) An Evidentiary Hearing will be held on **August 13, 2008 at 3:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) Trial will commence on **November 20, 2008 at 9:30 a.m.**

3) The time between July 8, 2008 and November 20, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

July 17, 2008
DATE

UNITED STATES DISTRICT JUDGE