

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building
1007 N. Orange Street, Suite 700          (302) 573-6277
P.O. Box 2046                             FAX (302) 573-6220
Wilmington, Delaware 19899-2046

August 11, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:   **United States v. Ira Bland**
           **Criminal Action No.  08-37-JJF**

Dear Judge Farnan:

    The Court has scheduled a Suppression Hearing in the above-referenced matter for August 13, 2008 at 3:30 p.m.  This letter is to inform the Court that the Government intends to call one witness, Patrolman Guy DeBonaventura of the Wilmington Police Department.  The Government also plans to present a short audio recording of the of the 9-1-1 call that led to the defendant's arrest, as well as a recording of the radio communications between the 9-1-1 dispatcher and the responding officers.

    After reviewing the defendant's Motion to Suppress and after conferring with defense counsel, the Government believes that the defense will raise two issues at the Suppression Hearing: (1) whether the defendant was seized for Fourth Amendment purposes when, after receiving consent to search the defendant's vehicle, Patrolman DeBonaventura requested that the defendant exit his vehicle and place his hands on the hood; and (2) if the Court finds that a seizure occurred, whether the 9-1-1 call, coupled with the 9-1-1 complainant's in-person identification of the defendant as a shooting suspect, provided the reasonable suspicion necessary to justify that seizure.

                                                                    Respectfully submitted,

                                                                    COLM F. CONNOLLY
                                                                    United States Attorney

                                         BY:_____
                                                        John C. Snyder
                                                        Assistant United States Attorney

cc:    Christopher S. Koyste, Esq.