AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

USA
v.
Ira Bland

**EXHIBIT AND WITNESS LIST**

Case Number: 08-37

| PRESIDING JUDGE Farnan, Jr. | PLAINTIFF'S ATTORNEY John C. Snyder | DEFENDANT'S ATTORNEY Christopher Koyste |
|---|---|---|
| ~~TRIAL~~ DATE(S) Evid. Hearing – 8/13/08 | COURT REPORTER Len Dibbs | COURTROOM DEPUTY Kyle |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/13/08 | | | Patrolman Guy DeBonaventura |
| G1 | | " | | ✓ | Recording of 911 Call, Audio |
| G2 | | " | | ✓ | Written transcript of 911 Call |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages